No. 94–1580. COSSETT ET AL. v. CLINTON ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 94–1582. ALEXIOU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1609. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1622. PETRUS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6640. OSTEEN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7553. HAMMOND v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–7570. JOHNSON v. EL PASO COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7586. BARRAZA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7715. STITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7734. O'HARA v. SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Cal. Certiorari denied.

No. 94–7778. DARBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7912. RECILE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7930. CARDWELL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–7968. SOTO v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.